# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF Oregon

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 22-cv-00356-HZ

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/04/2022

Date of judgment or order you are appealing: 11/11/2022

Docket entry number of judgment or order you are appealing: 28

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
- ⦿ Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Dr. Henry Ealy III, Senator Dennis Linthicum, Senator Kim Thatcher

Is this a cross-appeal?  ○ Yes  ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/ Stephen Joncus    **Date** 11/16/2022

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Dr. Henry Ealy III, Senator Dennis Linthicum, Senator Kim Thatcher

Name(s) of counsel (if any):

Stephen Joncus

Address: 13203 SE 172nd Ave Ste 166 #344, Happy Valley, OR 97086
Telephone number(s): 971.236.1200
Email(s): steve@joncus.net

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Robert Redfield, Rochelle Walensky, Alex Azar, Xavier Becerra, Brian Moyer

Name(s) of counsel (if any):

Natalie K. Wight, Dianne Schweiner
U.S. Attorneys Office

Address: 1000 SW Third Ave., Ste 600, Portland, Oregon 97204
Telephone number(s): 503.727.1102
Email(s): dianne.schweiner@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*